359 A.2d 902
COMMONWEALTH
v.
MATUKE, Appellant.

Submitted February 17, 1976.  William D. Kemper, for appellant;  Robert F. Hawk, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 665
COMMONWEALTH
v.
MECUM, Appellant.

Argued March 17, 1976.  Anthony D. Miele, with him Fierro & Miele, for appellant;  Gregory V. Smith, Assistant District Attorney, and Allen E. Ertel, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.